```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 15751
   GEORGE UDEANI
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES

      Debtor
   SSN XXX-XX-9687


-------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the adminstration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 08/30/07 .

     2.  The case was dismissed without confirmation, 01/11/2008.

     3.  The Debtor paid a total of $   2260.00 .


-------------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT      INTEREST     PRINCIPAL
                                                               PAID         PAID
-------------------------------------------------------------------------------
WASHINGTON MUTUAL BANK    CURRENT MORTG           .00             .00           .00
WASHINGTON MUTUAL BANK    MORTGAGE ARRE     NOT FILED             .00           .00
INTERNAL REVENUE SERVICE  PRIORITY                .00             .00           .00
AT&T WIRELESS             UNSECURED         NOT FILED             .00           .00
DIRECT TV                 UNSECURED         NOT FILED             .00           .00
DIVERSIFIED SRVS          UNSECURED         NOT FILED             .00           .00
NATIONWIDE CREDIT & COLL  UNSECURED         NOT FILED             .00           .00
NCO FINANCIAL SYSTEMS     UNSECURED         NOT FILED             .00           .00
       Summary of disbursements:
-------------------------------------------------------------------------------
                     SECURED     PRIORITY    UNSECURED     OTHER         TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00          .00          .00        .00           .00
PRINCIPAL PAID          .00          .00          .00        .00           .00
INTEREST PAID           .00          .00          .00        .00           .00
TOTAL PAID              .00          .00          .00        .00           .00
The Debtor's attorney, SELECT LEGAL PC                , was allowed $      .00
and was paid $        .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $   2260.00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



     Dated: 04/16/08                    /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE
```

```
                                    PAGE   2
    CASE NO. 07 B 15751 GEORGE UDEANI
```